1 ZACHARY J. ALINDER (State Bar No. 209009)
E-Mail:        zalinder@sideman.com
2 MICHAEL H. HEWITT (State Bar No. 309691)
E-Mail:        mhewitt@sideman.com
3 SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
4 San Francisco, California 94111-3711
Telephone:   (415) 392-1960
5 Facsimile:   (415) 392-0827
6

**FILED**

JUL 09 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

7 Attorneys for HEWLETT PACKARD ENTERPRISE COMPANY
and HEWLETT PACKARD ENTERPRISE DEVELOPMENT LP
8

9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                        SAN FRANCISCO DIVISION

**LB**

**CV 20          80 113 MISC**

12
13 IN RE: DMCA SECTION 512(h)
SUBPOENA TO EBAY, INC.
14

Case No.

15 **HEWLETT PACKARD ENTERPRISE
COMPANY'S AND HEWLETT
16 PACKARD ENTERPRISE
DEVELOPMENT LP'S REQUEST TO
17 THE CLERK FOR ISSUANCE OF A
SUBPOENA PURSUANT TO 17 U.S.C. §
18 512(h) TO IDENTIFY ALLEGED
INFRINGERS**

19        Petitioners HEWLETT PACKARD ENTERPRISE COMPANY and HEWLETT
20 PACKARD ENTERPRISE DEVELOPMENT LP (collectively "HPE"), by and through their
21 undersigned counsel of record, hereby request that the Clerk of the Court issue a subpoena
22 directed to eBay, Inc. ("eBay") to identify an alleged infringer or infringers behind several eBay
23 listings and storefronts, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. §
24 512(h) (the "Subpoena").  A copy of the proposed Subpoena is attached as Exhibit B to the
25 Declaration of Michael H. Hewitt ("Hewitt Decl.").
26        As detailed in the Hewitt Decl., the Subpoena relates to several listings and storefronts
27 hosted on eBay's platform which HPE has determined contain infringing material.  The infringing
28 material includes, without limitation, offers to sell software license keys which have not been

9272-41\4441078

Case No.

HEWLETT PACKARD ENTERPRISE'S REQUEST TO THE CLERK FOR ISSUANCE OF A SUBPOENA
PURSUANT TO 17 U.S.C. § 512(h) TO IDENTIFY ALLEGED INFRINGERS

SIDEMAN & BANCROFT LLP
LAW OFFICES
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

FILED BY FAX

1   authorized for sale or distribution by HPE or its licensees, and which permit a purchaser to

2   circumvent HPE's security protocols to access HPE's copyright-protected software.

3       HPE has satisfied the requirements for issuance of the Subpoena pursuant to 17 U.S.C. §

4   512(h), in that it has:

5       (1)   Submitted a copy of a notification required by 17 U.S.C. § 512(c)(3)(A) for each of

6           the identified listings and sellers.  Hewitt Decl. ¶3, Ex. A.

7       (2)   Submitted a proposed Subpoena concurrently herewith.  Hewitt Decl., ¶4, Ex. B.

8       (3)   Submitted a sworn declaration confirming that the purpose for which the Subpoena

9           is sought is to obtain the identity of the alleged infringers and that such information

10           will only be used for the purpose of protecting rights under 17 U.S.C. § 512.  *See*

11           Hewitt Decl. ¶4.

12       Because HPE has complied with the statutory requirements, HPE respectfully requests that

13   the Clerk of the Court expeditiously issue and sign the proposed Subpoena pursuant to 17 U.S.C. §

14   512(h)(4) and return it to undersigned counsel for service on the subpoena recipient.

15   DATED: July 8, 2020

16                               SIDEMAN & BANCROFT LLP

17
                               By: _____
18
                                   Michael H. Hewitt
19                                 Attorneys for HEWLETT PACKARD
                                   ENTERPRISE COMPANY
20                                 and HEWLETT PACKARD ENTERPRISE
                                   DEVELOPMENT LP
21

22

23

24

25

26

27

28

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711