1  ZACHARY J. ALINDER (State Bar No. 209009)
   E-Mail:    zalinder@sideman.com
2  MICHAEL H. HEWITT (State Bar No. 309691)
   E-Mail:    mhewitt@sideman.com
3  SIDEMAN & BANCROFT LLP
4  One Embarcadero Center, Twenty-Second Floor
   San Francisco, California 94111-3711
5  Telephone:    (415) 392-1960
   Facsimile:    (415) 392-0827
6
7  Attorneys for HEWLETT PACKARD ENTERPRISE COMPANY
   HEWLETT PACKARD ENTERPRISE DEVELOPMENT LP
8

**FILED**

**JUL 09 2020**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

9
10              **UNITED STATES DISTRICT COURT**
11             **NORTHERN DISTRICT OF CALIFORNIA**
12                **SAN FRANCISCO DIVISION**

*LB*

13
14  IN RE: DMCA SECTION 512(h)        CV 20    Case No.   **80113MISC**
    SUBPOENA TO EBAY, INC.
15
                                      **DECLARATION OF MICHAEL H.**
16                                    **HEWITT IN SUPPORT OF HEWLETT**
                                      **PACKARD ENTERPRISE COMPANY'S**
17                                    **AND HEWLETT PACKARD**
                                      **ENTERPRISE DEVELOPMENT LP'S**
18                                    **REQUEST TO THE CLERK FOR**
                                      **ISSUANCE OF A SUBPOENA**
19                                    **PURSUANT TO 17 U.S.C. § 512(h) TO**
                                      **IDENTIFY ALLEGED INFRINGERS**
20

21       I, MICHAEL H. HEWITT, declare:

22       1.     I am an attorney duly admitted to practice in all courts of the State of California

23  and this Court, and am an attorney with Sideman & Bancroft LLP, which represents HEWLETT

24  PACKARD ENTERPRISE COMPANY and HEWLETT PACKARD ENTERPRISE

25  DEVELOPMENT LP (collectively "HPE"). This declaration is made pursuant to 17 U.S.C. §

26  512(h)(2)(C) in support of the issuance of the accompanying subpoena.

27       2.     I submit this Declaration in support of HPE's request for the issuance of a

28  subpoena to eBay, Inc. ("eBay"), owner of the site www.ebay.com, pursuant to the Digital

9272-41\4441088

1                                                          Case No.

HEWITT DEC. ISO OF HEWLETT PACKARD ENTERPRISE'S REQUEST TO THE CLERK FOR ISSUANCE OF
A SUBPOENA PURSUANT TO 17 U.S.C. § 512(h) TO IDENTIFY ALLEGED INFRINGERS

*SIDEMAN & BANCROFT LLP*
*LAW OFFICES*
*ONE EMBARCADERO CENTER, 22ND FLOOR*
*SAN FRANCISCO, CALIFORNIA 94111-3711*

**FILED BY FAX**

Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "Subpoena"), to identify the infringer or infringers behind various listings and storefronts which are offering for sale and which have sold products which infringe on HPE's intellectual property rights, including its copyright-protected software.

3.      On July 8, 2020, I submitted four Notices of Claimed Infringement to eBay's designated copyright agent, pursuant to Section 512(c)(3)(A) of the Title 17 of the U.S. Code, each of which contained the information required by that Section.  Attached hereto as <u>Exhibit A</u> are true and correct copies of the Notices of Claimed Infringement I caused to be submitted, each of which identifies the content that is being sold or offered for sale and infringes on HPE's copyright-protected material (the "NOCIs").

4.      The purpose of the accompanying subpoena, a true and correct copy of which is attached as <u>Exhibit B</u>, is to obtain the identity of the alleged copyright infringers who are the purported owners and/or operators of the listings identified in the NOCIs, and the information obtained will be used only for the purpose of protecting rights under Title 17 of the United States Code.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on July 8, 2020 at San Francisco, California.

_____
Michael H. Hewitt

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

# Exhibit A



SIDEMAN
BANCROFT

One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Michael H. Hewitt
mhewitt@sideman.com
(415) 547-9353

July 8, 2020

**BY EMAIL**

eBay Designated Agent
583 W. eBay Way
Draper, UT 84020
Tel.: (801) 757-9521
Email: copyright@ebay.com

Re:   <u>Takedown Notice re Infringing Listings.</u>

To Whom It May Concern at eBay:

This firm represents Hewlett Packard Enterprise Company ("HPEC") and Hewlett Packard Enterprise Development LP (individually referred to as "HPED," and, with HPEC, collectively referred to as "HPE"). I am writing to seek the cooperation of eBay, Inc. ("eBay") in removing and taking down listings hosted on your platform which unlawfully and intentionally infringe on HPE's intellectual property, including its copyright-protected software code. The formal notifications of infringing content, which are made in compliance with Section 512(c)(3)(A) of the Digital Millennium Copyright Act ("DMCA"), are attached hereto as Attachments A-D (the "Infringing Listings").

In addition, please be aware that, pursuant to Section 512(h) of the DMCA, our office is simultaneously submitting a request for a subpoena from the Clerk of the Court for the United States District Court for the Northern District of California seeking information about the individuals or entities behind the Infringing Listings.

As you are no doubt aware, the unauthorized distribution of key codes that permit a user to bypass HPE's security protocols and access HPE's copyright-protected software is a violation of state and federal law in the United States.

Each of the users and storefronts behind the Infringing Listings (the "Infringers") appears to be selling, or offering for sale, hundreds of such codes. Through its own investigation, HPE has procured several examples of these codes, and has confirmed that they are not legitimate, and are being distributed without HPE's, or its affiliates', authorization or instruction.

eBay Designated Agent
July 8, 2020
Page 2

In fact, HPE does not sell such software access codes in a standalone manner. Any electronic distribution of a purported access code which permits a user to open and use HPE's copyrighted software is therefore an indication that the code is not a genuine product of HPE, as such distribution does not contain the elements of the product that would normally be shipped with "new" software, such as the warranty and End User License Agreement ("EULA").

HPE is the owner of its copyright-protected source code, including the source code for its iLO remote server management software products (described at https://www.hpe.com/us/en/servers/integrated-lights-out-ilo.html). HPE's copyright-protected source code is proprietary, is not published publicly, and is licensed by HPE to end users via a EULA.

**HPE therefore requests that you remove the Infringing Listings, and any similar listings by the same entities or sellers behind the listings, pursuant to Section 512(c) of the Digital Millennium Copyright Act.**

Because of the possibility of litigation by HPE against the Infringers, please preserve all evidence regarding the Infringing Listings and Infringers. If you have any questions, or need any further information regarding this matter, please contact me by email at mhewitt@sideman.com.

Regards,

Michael H. Hewitt

9272-41\4451593

# Attachment A

<u>**Notice of Claimed Infringement**</u>
**eBay, Inc.**

**Intellectual Property (IP) Owner Name:**
      Hewlett Packard Enterprise Company
      Hewlett Packard Enterprise Development LP

<u>**Reporter Information**</u>

| | |
|---|---|
| **Name and Title:** | Michael H. Hewitt (State Bar No. 309691) |
| **Company Name:** | Sideman & Bancroft LLP |
| **Mailing Address:** | One Embarcadero Center, Fl. 22, San Francisco, CA 94111 |
| **Email Address (eBay):** | mhewitt@sideman.com |
| **Email Address (sellers):** | mhewitt@sideman.com |
| **Phone Number:** | (415) 547-9353 |
| **Website (Optional):** | |

<u>**Declaration**</u>
*I have a good faith belief, and do solemnly and sincerely declare, that use of the material in the manner complained of is not authorized by the Intellectual Property Owner, its agent, or the law. The information in this Notice of Claimed Infringement is accurate, and under penalty of perjury, I am authorized to act on behalf of the Intellectual Property Owner of an exclusive right that is allegedly infringed.*


                                                       July 8, 2020

_____       _____
**Signature**                                                **Date**

<u>**Allegedly Infringing Material**</u>

**1. Title of Item/Seller/Storefront:**  G.C.C. Systems (Seller Name: gcc-systems)
**Allegedly Infringing Item Number(s)/Product URL(s):**  The infringing listing is as follows:

- https://www.ebay.com/itm/Genuine-HP-iLO-Lights-Out-2-3-4-5-Single-Server-Advanced-License-Key-EMAILED/253684716809?epid=27033154740&hash=item3b10c99509:g:pawAAOSwA~Nc4niv (Item No. 253684716809)

**Reason Code:** 3.1

**Description of Why You Believe Listing Infringes Rights:**  The listing for HPE software by "gcc-systems" is being offered for sale or sold without authorization or permission from HPE and in violation of HPE's copyrights.  HPE does not sell software access codes in a standalone manner.  Any electronic distribution of a purported access code which permits a user to bypass

1

HPE's security protocols, and open and use HPE's copyrighted software, is therefore an indication that the code is not a genuine product of HPE as such distribution does not contain the elements of the product that would normally be shipped with "new" software, such as the warranty and End User License Agreement.

**Registration Information and Jurisdiction Applicable:** HPE is the owner of its copyright-protected source code, including the source code for its iLO remote server management software products (described at https://www.hpe.com/us/en/servers/integrated-lights-out-ilo.html). HPE's copyright-protected source code is proprietary, is not published publicly, and is licensed by HPE to end users via an End User License Agreement.

HPE's intellectual property rights in its copyrights are enforceable in the United States, and various jurisdictions around the world.

2

# Attachment B

<u>**Notice of Claimed Infringement**</u>
**eBay, Inc.**

**Intellectual Property (IP) Owner Name:**
      Hewlett Packard Enterprise Company
      Hewlett Packard Enterprise Development LP

<u>**Reporter Information**</u>
| | |
|---|---|
| **Name and Title:** | Michael H. Hewitt (State Bar No. 309691) |
| **Company Name:** | Sideman & Bancroft LLP |
| **Mailing Address:** | One Embarcadero Center, Fl. 22, San Francisco, CA 94111 |
| **Email Address (eBay):** | mhewitt@sideman.com |
| **Email Address (sellers):** | mhewitt@sideman.com |
| **Phone Number:** | (415) 547-9353 |
| **Website (Optional):** | |

<u>**Declaration**</u>
*I have a good faith belief, and do solemnly and sincerely declare, that use of the material in the manner complained of is not authorized by the Intellectual Property Owner, its agent, or the law. The information in this Notice of Claimed Infringement is accurate, and under penalty of perjury, I am authorized to act on behalf of the Intellectual Property Owner of an exclusive right that is allegedly infringed.*

*[signature]*

                                     July 8, 2020

**Signature**                                     **Date**

<u>**Allegedly Infringing Material**</u>

**Title of Item/Seller/Storefront:**  Seller Name: "ggjoni"

**Allegedly Infringing Item Number(s)/Product URL(s):**  The infringing listings consist of any offering or auction for a digital software key or keys for HPE software including, but not limited to, the following specific listings:

- https://www.ebay.com/itm/HP-SMART-ARRAY-ADVANCE-PACK-1-Server-1-Year-24X7-516471-B21/173760535699 (Item No. 173760535699)

- https://www.ebay.com/itm/HP-iLO-Advanced-License-iLO-2-iLO-3-iLO-4-iLO-5-ALL-HP-SERVERS/173710131551 (Item No. 173710131551)

- https://www.ebay.com/itm/HP-iLO-Advanced-License-iLO-2-ALL-HP-SERVERS-FAST-SHIP/173710131552 (Item No. 173710131552)

1

- https://www.ebay.com/itm/Lot-of-5-x-HP-iLO-Advanced-License-iLO-2-iLO-3-iLO-4-iLO-5-ALL-HP-SERVERS/173800585536 (Item No. 173800585536)

**Reason Code:** 3.1

**Description of Why You Believe Listing Infringes Rights:** All of the listings for HPE software by "ggjoni" are being offered for sale or sold without authorization or permission from HPE and in violation of HPE's copyrights. HPE does not sell software access codes in a standalone manner. Any electronic distribution of a purported access code which permits a user to bypass HPE's security protocols, and open and use HPE's copyrighted software, is therefore an indication that the code is not a genuine product of HPE as such distribution does not contain the elements of the product that would normally be shipped with "new" software, such as the warranty and End User License Agreement.

**Registration Information and Jurisdiction Applicable:** HPE is the owner of its copyright-protected source code, including the source code for its iLO remote server management software products (described at https://www.hpe.com/us/en/servers/integrated-lights-out-ilo.html). HPE's copyright-protected source code is proprietary, is not published publicly, and is licensed by HPE to end users via an End User License Agreement.

HPE's intellectual property rights in its copyrights are enforceable in the United States, and various jurisdictions around the world.

# Attachment C

**Notice of Claimed Infringement**
**eBay, Inc.**

**Intellectual Property (IP) Owner Name:**
      Hewlett Packard Enterprise Company
      Hewlett Packard Enterprise Development LP

**Reporter Information**

| | |
|---|---|
| **Name and Title:** | Michael H. Hewitt (State Bar No. 309691) |
| **Company Name:** | Sideman & Bancroft LLP |
| **Mailing Address:** | One Embarcadero Center, Fl. 22, San Francisco, CA 94111 |
| **Email Address (eBay):** | mhewitt@sideman.com |
| **Email Address (sellers):** | mhewitt@sideman.com |
| **Phone Number:** | (415) 547-9353 |
| **Website (Optional):** | |

**Declaration**
*I have a good faith belief, and do solemnly and sincerely declare, that use of the material in the manner complained of is not authorized by the Intellectual Property Owner, its agent, or the law. The information in this Notice of Claimed Infringement is accurate, and under penalty of perjury, I am authorized to act on behalf of the Intellectual Property Owner of an exclusive right that is allegedly infringed.*

July 8, 2020

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
**Signature**

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
**Date**

**Allegedly Infringing Material**

**Title of Item/Seller/Storefront:** HPE iLO Store (Seller Name: the-server-store)

**Allegedly Infringing Item Number(s)/Product URL(s):** The infringing listings consist of any offering or auction for a digital software key or keys for HPE software including, but not limited to, the following specific listings:

- https://www.ebay.com/itm/HPE-iLO-4-Advanced-License-Lifetime-HP-Microserver-Gen8-REMOTE-CONS-FAST-EMAIL/253695625057?hash=item3b11700761 (Item No. 253695625057)

- https://www.ebay.com/itm/HPE-Service-Pack-ProLiant-SPP-HP-Complete-2020-Gen9-Gen10-Servers-FAST-LINK/254363289828?hash=item3b393bc8e4:g:H8cAAOSwDIJd2vO6 (Item No. 254363289828)

- https://www.ebay.com/itm/HPE-Smart-Array-Advanced-License-Pack-Server-HP-p410-p411-516471-B21-Full-Pack/254102821810?epid=1300079064&hash=item3b29b55bb2:g:wQoAAOSwPa9ePHGT (Item No. 254102821810)

**Reason Code:** 3.1

**Description of Why You Believe Listing Infringes Rights:** All of the listings for HPE software by "hpeilostore" are being offered for sale or sold without authorization or permission from HPE and in violation of HPE's copyrights. HPE does not sell software access codes in a standalone manner. Any electronic distribution of a purported access code which permits a user to bypass HPE's security protocols, and open and use HPE's copyrighted software, is therefore an indication that the code is not a genuine product of HPE as such distribution does not contain the elements of the product that would normally be shipped with "new" software, such as the warranty and End User License Agreement.

**Registration Information and Jurisdiction Applicable:** HPE is the owner of its copyright-protected source code, including the source code for its iLO remote server management software products (described at https://www.hpe.com/us/en/servers/integrated-lights-out-ilo.html). HPE's copyright-protected source code is proprietary, is not published publicly, and is licensed by HPE to end users via an End User License Agreement.

HPE's intellectual property rights in its copyrights are enforceable in the United States, and various jurisdictions around the world.

# Attachment D

<u>**Notice of Claimed Infringement**</u>
**eBay, Inc.**

**Intellectual Property (IP) Owner Name:**
    Hewlett Packard Enterprise Company
    Hewlett Packard Enterprise Development LP

<u>**Reporter Information**</u>
**Name and Title:**          Michael H. Hewitt (State Bar No. 309691)
**Company Name:**       Sideman & Bancroft LLP
**Mailing Address:**      One Embarcadero Center, Fl. 22, San Francisco, CA 94111
**Email Address (eBay):**  mhewitt@sideman.com
**Email Address (sellers):**  mhewitt@sideman.com
**Phone Number:**       (415) 547-9353
**Website (Optional):**

<u>**Declaration**</u>
*I have a good faith belief, and do solemnly and sincerely declare, that use of the material in the manner complained of is not authorized by the Intellectual Property Owner, its agent, or the law. The information in this Notice of Claimed Infringement is accurate, and under penalty of perjury, I am authorized to act on behalf of the Intellectual Property Owner of an exclusive right that is allegedly infringed.*


                                                  July 8, 2020

_____         _____
**Signature**                             **Date**

<u>**Allegedly Infringing Material**</u>

**Title of Item/Seller/Storefront:** Up Point Technology Limited (Seller Name: "uppointtech")

**Allegedly Infringing Item Number(s)/Product URL(s):** The infringing listings consist of any offering or auction for a digital software key or keys for HPE software including, but not limited to, the following specific listings:

- https://www.ebay.com/itm/iLO-License-HPE-iLO-Advanced-License-iLO-2-iLO-3-iLO-4-iLO-5-512485-B21/323911686960?epid=2304057952&hash=itcm4b6aa41b30:g:ZHAAAOSw849eU-7D (Item No. 323911686960)

- https://www.ebay.com/itm/iLO-License-iLO3-iLO4-iLO5-HPE-iLO-Advanced-License-Fast-

Mail/324122050167?hash=item4b772dfe77:g:FHYAAOSwW4JeVRt2 (Item No. 324122050167)

- https://www.ebay.com/itm/iLO5-512485-B21-HPE-iLO-Advanced-Server-License-iLO3-iLO4-iLO5-Lifetime/323762678602?hash=item4b61c26b4a:g:FHYAAOSwW4JeVRt2 (Item No. 323762678602)

- https://www.ebay.com/itm/iLO-3-iLO-4-iLO-5-HPE-2-3-4-5-iLO-Advanced-Server-License-512485-B21-Fast-Email/323696164782?hash=item4b5dcb7fae:g:JDwAAOSw1kxeU~VI (Item No. 323696164782)

- https://www.ebay.com/itm/T5518A-T5518AAE-HPE-8-Port-Upgrade-LTU-Permanent-License-Same-day-delivery-Email/323780653132?hash=item4b62d4b04c:g:~-IAAOSwimZbmnZI (Item No. 323780653132)

**Reason Code:** 3.1

**Description of Why You Believe Listing Infringes Rights:** All of the listings for HPE software by "uppointtech" are being offered for sale or sold without authorization or permission from HPE and in violation of HPE's copyrights. HPE does not sell software access codes in a standalone manner. Any electronic distribution of a purported access code which permits a user to bypass HPE's security protocols, and open and use HPE's copyrighted software, is therefore an indication that the code is not a genuine product of HPE as such distribution does not contain the elements of the product that would normally be shipped with "new" software, such as the warranty and End User License Agreement.

**Registration Information and Jurisdiction Applicable:** HPE is the owner of its copyright-protected source code, including the source code for its iLO remote server management software products (described at https://www.hpe.com/us/en/servers/integrated-lights-out-ilo.html). HPE's copyright-protected source code is proprietary, is not published publicly, and is licensed by HPE to end users via an End User License Agreement.

HPE's intellectual property rights in its copyrights are enforceable in the United States, and various jurisdictions around the world.

2



Made in USA

# Exhibit B

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of California

| | | |
|---|---|---|
| In re DMCA Subpoena to eBay, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:
eBay, Inc.
583 W eBay Way, Draper, UT 84020
Tel.: (801) 757-9521, E-Mail: copyright@ebay.com
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment A.

| Place: Sideman & Bancroft LLP<br>Attn: Michael Hewitt, Esq.<br>mhewitt@sideman.com | Date and Time:<br><br>08/07/2020 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
Hewlitt Packard Enterprise Company
, who issues or requests this subpoena, are:
Michael H. Hewitt, Esq., Sideman & Bancroft LLP, One Embarcadero Cntr., 22nd Fl., San Francisco, CA 94111

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*

on *(date)*

    ❑ I served the subpoena by delivering a copy to the named person as follows:


                                  on *(date)*              ; or

    ❑ I returned the subpoena unexecuted because:


Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $                     for travel and $            for services, for a total of $      0.00

I declare under penalty of perjury that this information is true.


Date:

                                               *Server's signature*

                                               *Printed name and title*


                                               *Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify a subpoena if it requires:
    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## ATTACHMENT A TO SECTION 512(h) SUBPOENA TO eBAY, INC.

A.      "PERSON(S)" includes any natural person, firm, association, organization, partnership, business, trust, corporation, governmental or public entity or any other form of legal entity.

B.      "DOCUMENT" or "DOCUMENTS" shall mean all documents, including all communications, electronically stored information, and tangible things as described in Rule 34 of the Federal Rules of Civil Procedure.

C.      "RELATING TO," "RELATED TO" or "RELATE(S) TO" means constituting, containing, concerning, embodying, reflecting, identifying, stating, mentioning, discussing, describing, evidencing, or in any other way being relevant to that given subject matter.

D.      "YOU" and "YOUR" shall mean and refer to that Delaware corporation eBay, Inc, and any of its officers, employees, agents, managers, or other authorized individuals able to act on its behalf.

E.      "ALL" shall be understood to include and encompass "any," and "any" shall be understood to include and encompass "all."

## INSTRUCTIONS

1.      To the extent possible through reasonable effort, please: (1) produce all of the specified DOCUMENTS as a portable document file (i.e., PDF) format, or where only information is provided, please provide the information in a spreadsheet (i.e. Excel) format.  If any DOCUMENT cannot reasonably be produced in PDF or spreadsheet format, please contact counsel for Petitioners prior to production for additional instruction.

2.      Whenever possible, the singular form of a word shall be interpreted in the plural and vice versa; verb tenses shall be interpreted to include past, present, and future tenses; the terms "and" as well as "or" shall be construed either conjunctively or disjunctively, as necessary, to bring within the scope of these requests any DOCUMENTS or information that might otherwise be considered outside their purview.

3.      If an objection is made to part or all of any request, the part should be specified together with the reasons for the objection, and include a sufficient level of particularity to address the objection, whether it be based on privilege, immunity, or otherwise.

4.      If YOU do not have DOCUMENTS or information responsive to ANY or ALL of the following requests for production, please state so in YOUR response and provide the reason why such DOCUMENTS cannot be produced.

## REQUESTS FOR PRODUCTION

### REQUEST FOR PRODUCTION NO. 1:

DOCUMENTS sufficient to identify the operator or owner of the account on YOUR online platform known as "the-server-store", which, as of June 22, 2020, was the host of the eBay store known as "HPE iLO Store" (https://www.ebay.com/str/hpeilostore), including DOCUMENTS sufficient to identify (1) the name of the individual owner or operator of the online storefront (and, if a corporation or other business entity, its principals, officers and employees), (2) the owner's or operator's last known address, (3) last known telephone number, (4) any electronic mail addresses associated with the account, and (5) any logs of IP addresses used to access the subject account from June 2017 to the present.

### REQUEST FOR PRODUCTION NO. 2:

DOCUMENTS sufficient to identify the operator or owner of the account on YOUR online platform known as "uppointtech," which, as of June 22, 2020 was the host for the eBay storefront known as "Up Point Technology Limited" (https://www.ebay.com/str/uppointtechnologylimited),  ), including DOCUMENTS sufficient to identify (1) the name of the individual owner or operator of the online storefront (and, if a corporation or other business entity, its principals, officers and employees), (2) the owner's or operator's last known address, (3) last known telephone number, (4) any electronic mail addresses associated with the account, and (5) any logs of IP addresses used to access the subject account from June 2017 to the present.

### REQUEST FOR PRODUCTION NO. 3:

DOCUMENTS sufficient to identify the operator or owner of the account on YOUR online platform known as "ggjoni" (https://www.ebay.com/usr/ggjoni?_trksid=p2047675.l2559), including DOCUMENTS sufficient to identify (1) the name of the individual owner or operator of the online storefront (and, if a corporation or other business entity, its principals, officers and employees), (2) the owner's or operator's last known address, (3) last known telephone number, (4) any electronic mail addresses associated with the account, and (5) any logs of IP addresses used to access the subject account from June 2017 to the present.

### REQUEST FOR PRODUCTION NO. 4:

DOCUMENTS sufficient to identify the operator or owner of the account on YOUR online platform known as "gcc-systems", which operates the storefront known as "GCC Systems" (https://www.ebay.com/str/gccsystems), including DOCUMENTS sufficient to identify (1) the name of the individual owner or operator of the online storefront (and, if a corporation or other business entity, its principals, officers and employees), (2) the owner's or operator's last known address, (3) last known telephone number, (4) any electronic mail addresses associated with the account, and (5) any logs of IP addresses used to access the subject account from June 2017 to the present.